# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

December 6, 2019

**VIA CM/ECF**
Honorable Judge Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square - Courtroom 618
New York, New York 10007



    Re: Norris v. RET Venture Ltd., d/b/a Route 66 Smokehouse, et al.
      Case 1:19-cv-06638-KPF

Dear Judge Failla:

  The undersigned represents the Plaintiff in the above-captioned case matter.

  The Initial Pretrial Conference in this matter is currently scheduled for December 16, 2019, at 4:30 p.m., in Your Honor's Courtroom. However, Plaintiff's counsel has an important family event which requires attendance and being in Florida on that day.

  Therefore, it is hereby respectfully requested that said Conference be adjourned 30 days to a date in mid-January, or any other date most convenient to the Court.

  This is the undersigned counsel's first request for adjournment, to which opposing counsel has consented. Thank you for your consideration of this adjournment request.

            Sincerely,

            By: /S/ B. Bradley Weitz
              B. Bradley Weitz, Esq. (BW 9365)
              THE WEITZ LAW FIRM, P.A.
              Attorney for Plaintiff
              Bank of America Building
              18305 Biscayne Blvd., Suite 214
              Aventura, Florida 33160
              Telephone: (305) 949-7777
              Facsimile: (305) 704-3877
              Email: bbw@weitzfirm.com

Application GRANTED.  The initial pretrial conference is hereby ADJOURNED to **January 14, 2020,** at **10:00 a.m.**  There will be no further adjournments of this conference.

Dated:     December 9, 2019			SO ORDERED.
           New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE